20 So.2d 895

**Joshua MURPHY v. STATE.**

**6 Div. 170.**

Court of Appeals of Alabama.

Dec. 12, 1944.

Frederick B. Logan, of Birmingham, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.

Affirmed.

18 So.2d 882

**Willard NATIONS v. STATE.**

**6 Div. 67.**

Court of Appeals of Alabama.

May 9, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

19 So.2d 854

**Terry NELSON v. STATE.**

**I Div. 477.**

Court of Appeals of Alabama.

Nov. 21, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

RICE, Judge.

Affirmed.

19 So.2d 854

**Terry NELSON and James Hammac v. STATE.**

**I Div. 478.**

Court of Appeals of Alabama.

Nov. 21, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

18 So.2d 119

**Harold NEWMAN v. STATE.**

**4 Div. 830.**

Court of Appeals of Alabama.

Feb. 22, 1944.

Harry Adams, of Enterprise, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

Appeal dismissed, motion of appellant.

15 So.2d 924

**Dan NICHOLES v. STATE.**

**6 Div. 16.**

Court of Appeals of Alabama.

Oct. 5, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.